

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

November 5, 2012

**By ECF**
Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East - Room N208
Brooklyn, NY  11201

    **Re:**    Government Employees Insurance Co., et al. v. AMD Chiropractic, P.C., et al.
            Docket No.:  CV 12-04295 (NG)(JO)

Dear Magistrate Orenstein:

I write to advise that all defendants have defaulted and the clerk has entered a default on the record against them pursuant to Rule 55(a).

We would request permission to move for a default judgment against the defaulting defendants pursuant to Rule 55(b) and would propose to file the motions no later than November 28, 2012.  The Court's continuing attention to this matter is greatly appreciated.

                              Respectfully submitted,

                              RIVKIN RADLER LLP

                              *Barry I. Levy*

                              Barry I. Levy

BIL/lg

| 926 RXR Plaza | 555 Madison Avenue | Court Plaza South ● West Wing |
| Uniondale, NY | New York, NY | 21 Main Street |
| 11556-0926 | 10022-3338 | Hackensack, NJ 07601-7021 |
| Tel: 516.357.3000 | Tel: 212.455.9555 | Tel: 201.287.2460 |
| Fax: 516.357.3333 | Fax: 212.687.9044 | Fax: 201.489.0495 |

www.rivkinradler.com