UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

       Plaintiffs,

- against -

AMD CHIROPRACTIC, P.C., ST. MARKS
CHIROPRACTIC, P.C., DGI
CHIROPRACTIC, P.C., and DANETTE
STEFANELLI, DC,

       Defendants.
------------------------------------------------------------x

ORDER

No. 12-cv-4295 (NG) (JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 1 1 2013 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

  Plaintiffs' Motion for Default Judgment in this case is GRANTED. The case is hereby referred to Magistrate Judge Orenstein for a report and recommendation to determine the scope of relief, including damages, costs, and attorney's fees, if any, owed to plaintiff. The case is also referred to Judge Orenstein for a report and recommendation on plaintiffs' request for declaratory relief.

              SO ORDERED.

              _____
              NINA GERSHON
              United States District Judge

Dated: February 7, 2013
    Brooklyn, New York