UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOVERNMENT EMPLOYEES                           ORDER
INSURANCE CO., et al.,
                           Plaintiffs,
              - against -                                                   12-CV-4295 (NG) (JO)
AMD CHIROPRACTIC, P.C., et al.,
                           Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

      A hearing to determine the relief, if any, that should be awarded on the basis of the defendants' default will be held before me at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on March 19, 2013 at 11:00 a.m.   No later than March 5, 2013, if they have not already done so, the plaintiffs must submit a memorandum of law as well as any affidavits or exhibits that they wish me to consider.   Pursuant to Local Civil Rule 7.1(a), failure to submit a memorandum of law may be deemed sufficient cause for denial of the motion.

      I further direct the plaintiffs, no later than March 5, 2013, to submit a list of witnesses who will testify at the hearing.   Copies of all submitted materials shall simultaneously be provided to defendants.   Any defendant that wishes to make a submission in response must do so no later than March 12, 2013.   The procedures set forth above will be the parties' final opportunity to present evidence or argument to me in connection with the instant motion for a default judgment; the written submissions submitted in advance of the hearing and any evidence submitted at the hearing will constitute the entire record on the instant motion.   **If the evidence in the record as of the close of the hearing on March 19, 2013 fails to establish either liability or any component of the plaintiffs' request for relief, I will recommend that the court deny with prejudice the corresponding portion of the motion rather than allow the plaintiffs an opportunity to file supplemental proof curing any defects I might identify in my report and recommendation.**

The plaintiffs shall serve a copy of this order on each defendant and electronically file proof of such service with the court no later than February 19, 2013.

SO ORDERED.

Dated: Brooklyn, New York
February 12, 2013

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge