UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

                          **Plaintiffs,**

- against -

AMD CHIROPRACTIC, P.C., ST. MARKS
CHIROPRACTIC, P.C., DGI
CHIROPRACTIC, P.C., and DANETTE
STEFANELLI, DC,

                          **Defendants.**
----------------------------------------------------------------x



ORDER

No. 12-cv-4295 (NG) (JO)

**GERSHON, United States District Judge:**

      The court adopts the unopposed Report and Recommendation of Magistrate Judge James Orenstein, dated August 21, 2013, regarding the damages to be awarded to the plaintiffs in this case. As recommended by Judge Orenstein, plaintiffs are awarded judgment in the total amount of $940,758.62, allocated as follows: $170,144.30 in damages, plus $48,559.37 in pre-judgment interest, jointly and severally against defendants AMD Chiropractic, P.C. and Stefanelli on the state law claims against them; $60,090.69 in damages, plus $28,740.01 in pre-judgment interest, jointly and severally against defendants St. Marks Chiropractic, P.C. and Stefanelli on the state law claims against them; $53,282.89 in damages, plus $12,905.60 in pre-judgment interest, jointly and severally against defendants DGI Chiropractic, P.C. and Stefanelli on the state law claims against them; and $850,553.64 against defendant Stefanelli alone on the RICO Act claims, with credit for the damages awarded on the state claims (for a reduced total of $567,035.76 for which defendant Stefanelli alone is liable). In addition, the Clerk of Court is

directed to enter a Declaratory Judgment in favor of the plaintiffs that they are not obligated to pay any outstanding claims, *i.e.*, pending unpaid bills, that have been submitted to GEICO by the three corporate defendants.

The Clerk is directed to enter judgment accordingly.

SO ORDERED.

s/Nina Gershon

**NINA GERSHON**
**United States District Judge**

Dated: September 11, 2013
Brooklyn, New York