UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE                    JUDGMENT
CO., GEICO INDEMNITY CO., GEICO                    12-CV- 4295 (NG)
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

                          Plaintiffs,

              -against-

AMD CHIROPRACTIC, P.C., ST. MARKS
CHIROPRACTIC, P.C., DGI
CHIROPRACTIC, P.C., and DANETTE
STEFANELLI, DC,

                          Defendants.
------------------------------------------------------------X

           An Order of Honorable Nina Gershon, United States District Judge, having been

filed on September 12, 2013, adopting the unopposed Report and Recommendation of Magistrate

Judge James Orenstein, dated August 21, 2013; directing the Clerk of Court to enter judgment

awarding Plaintiffs judgment in the total amount of $940,758.62, allocated as follows:

$170,144.30 in damages, plus $48,559.37 in pre-judgment interest, jointly and severally against

Defendants AMD Chiropractic, P.C. and Danette Stefannelli on the state law claims against

them; $60,090.69 in damages, plus $28,740.01 in pre-judgment interest, jointly and severally

against Defendants St. Marks Chiropractic, P.C. and Danette Stefanelli on the state law claims

against them; $53,282.89 in damages, plus $12,905.60 in pre-judgment interest, jointly and

severally against Defendants DGI Chiropractic, P.C. and Danette Stefanelli on the state law

claims against them; and $850,553.64 against Defendant Danette Stefanelli only on the RICO

Act claims, with credit for the damages on the state claims (for a reduced total of $567,035.76 for

JUDGMENT 12-CV-4295 (NG)

which Defendant Danette Stefanelli alone is liable; further, directing the Clerk of Court to enter a

Declaratory Judgment in favor of Plaintiffs that they are not obligated to pay any outstanding

claims, *i.e.*, pending unpaid bills, that have been submitted to GEICO by the three corporate

Defendants; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

Insurance Company and GEICO Casualty Co. and against Defendants AMD Chiropractic, P.C.

and Danette, jointly and severally, in the amount of $218,703.67 on the state law claims against

them; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

Insurance Company and GEICO Casualty Co. and against Defendants St. Marks Chiropractic,

P.C. and Danette Stefanelli, jointly and severally, in the amount of $88,830.70 on the state law

claims against them; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

Insurance Company and GEICO Casualty Co. and against Defendants DGI Chiropractic, P.C.

and Danette Stefanelli, jointly and severally, in the amount of $66,188.49 on the state law claims

against them; and that it is further,

ORDERED and ADJUDGED that judgment is hereby entered in favor of

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

JUDGMENT 12-CV-4295 (NG)

Insurance Company and GEICO Casualty Co. and against Defendant Danette Stefanelli alone on

the Racketeer Influenced and Corrupt Organizations Act claims, with credit for the damages

awarded on the state claims, in the amount of  $567,035.76; and that it is further,

       ORDERED ADJUDGED AND DECREED that a Declaratory Judgment is hereby

entered in favor of Plaintiff Government Employees Insurance Co., GEICO Indemnity Co.,

GEICO General Insurance Company and GEICO Casualty Co., that they are not obligated to pay

any outstanding claims, *i.e.*, pending unpaid bills, that have submitted to them by the Defendants

AMD Chiropractic, P.C. St. Marks Chiropractic, P.C., and DGI Chiropractic, P.C.

Dated: Brooklyn, New York                        Douglas C. Palmer
         September 13, 2013                  Clerk of Court

                                   by:     */s/ Janet Hamilton*
                                          Deputy Clerk